*1058 C. A. 6th Cir. Reported below: 105 Fed. Appx. 811;
C. A. 1st Cir. Reported below: 385 F. 3d 60;
C. A. 4th Cir. Reported below: 109 Fed. Appx. 583;
*1059 No. 04-9844.
No. 04-9850.
No. 04-9932.
C. A. 9th Cir.;
C. A. 6th Cir. Reported below: 116 Fed. Appx. 646; and
C. A. 11th Cir. Reported below: 126 Fed. Appx. 462. Motions of petitioners for leave to proceed informa pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).